**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **In re subpoena of National Database of Nursing Quality Indicators (*Taylor v. Pittsburgh Mercy Health Sys.*, No. 09-cv-00377 (W.D. Pa.)).** | **Case No. 11-mc-00204** |

**STIPULATION OF DISMISSAL**

The Parties in the above-referenced case hereby stipulate and agree as follows:

1.      By the subpoena that is the subject of this action, the Plaintiffs have sought information from the National Database of Nursing Quality Indicators (NDNQI), a database administered by employees of the University of Kansas School of Nursing at the University of Kansas Medical Center (the University).  This action is a miscellaneous action to compel compliance with that subpoena.

2.      The Plaintiffs have sought the same information by subpoena directed to the American Nurses' Association (ANA), and have moved the district court for the District of Maryland to compel compliance with that subpoena.

3.      The University has represented that all the materials sought are owned by the ANA, and that should the court for the District of Maryland grant the Plaintiffs' Motion to Compel in whole or in part, the University will provide to the ANA all materials that the court for the District of Maryland orders to be produced.

4.      Based on the University's representation, the Plaintiffs agree to withdraw the present Motion to Compel.  Should the University's representations prove to be materially false, the Plaintiffs reserve the right to reinstate this miscellaneous action and refile the present motion.

5.      By joining in this stipulation, the University does not concede that the subpoena

that is the subject of this action was properly served or that it is a proper party to this action, and

retains all defenses, including defenses as to service of process.


Dated March 18, 2011.

For the Plaintiffs:

s/ *Michael F. Brady*
Michael F. Brady, KS #18360
(Local Counsel)Brady & Associates
10901 Lowell
Suite 280
Overland Park, KS 66210
Telephone: (913) 696-0925


J. Nelson Thomas, Esq.
Justin M. Cordello, Esq.
Jared K. Cook, Esq.
  *Class Counsel*
693 East Avenue
Rochester, New York 14607
Telephone:  (585) 272-0540
Facsimile: (585) 272-0574

**THOMAS & SOLOMON LLP**

For the Defendant:

**THE UNIVERSITY OF KANSAS,
OFFICE OF THE GENERAL
COUNSEL**

 s/ *John C. McFadden*
John C. McFadden, Esq.
  *Counsel for Defendant*
University of Kansas Medical Center
3091 Rainbow Boulevard
Kansas City, Kansas 66160
Telephone: (913) 588-7281